**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
**kam@kam13trustee.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE:<br><br>**CHRISTOPHER KUMMERMEHR** | **CHAPTER 13**<br><br>**CASE NO.  14-01405-JDP** |

**TRUSTEE'S FINDINGS AND RECOMMENDATIONS**

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Recommendation for Confirmation states that she has reviewed the Debtor(s) plan, petition, and any amendments and does not believe that the Plan complies with the provisions of 11 USC Section 1325 (a) and (b) including best effort, best interest and good faith and/or with Section 1326.

**MATTERS AT ISSUE:**

1. The Debtor has not made any payments in this case filed on August 21, 2014.  If the Debtor is not current at the time of confirmation the Trustee will request the case be dismissed.
2. It appears that the Debtor has filed this case in order to stop a contempt proceeding in divorce court.  The Debtor's plan proposes to pay a priority claim to his prior spouse for domestic support obligations in the amount of $37,466.25.  This amount appears consistent with the order for contempt entered on April 15, 2014 but does not include any amounts for the attorney's fees and costs awarded on the contempt motions totaling $29411.  Per the most recent documents the Trustee expects a proof of claim closer to $69,000.  At this time no proof of claim has been filed and the Trustee is unclear if the plan will be funded.  Additionally the Department of Health and Welfare has filed a claim for past due child support of $1,329.
3. Counsel for the Debtor will need to file a detailed fee application for the attorney's fees requested in the amount of $5,795.

4. The Debtor's plan proposes to pay all creditors 100% of their allowed claims. Trustee will be unable to determine if this plan is funded until the bar date runs. On its face the plan is underfunded about $3,000. Trustee expects this number t increase when the debtors prior spouse files her proof of claim.
5. Schedule A should be amended to list the lien against the Texas property even though the debt is not in the Debtor's name. Trustee is advised that the property is to be sold pursuant to the divorce decree and any proceeds are to be shared. There does not appear to be much equity in this property. Schedule A also needs to be amended to list the Debtor's interest in timeshares awarded to him in the divorce judgment.
6. The Debtor has provided documentation of funds transferred from his Charles Schwab account to his prior spouse's account however no Charles Schwab account is listed on Schedule B. Schedule B will need to be amended to list this account and the Trustee will need documentation indicating whether this is an investment account or a qualified retirement account.
7. The 2016b and the plan are inconsistent.
8. Mr. Kummermehr's child support obligation for his youngest child will cease on May 28, 2018 or when the child graduates high school but no later than May 28, 2019.. Commencing in July 2018 plan payments should increase when the child support obligation is completed.

DATED: October 14, 2014

/s/ Kathleen McCallister__
**Kathleen McCallister, Trustee**

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on October 14, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

HYRUM MASON ZEYER
Attorney at Law
HYRUM@PETERSONZEYERLAW.COM

     **AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

     Via first class mail, postage prepaid addressed as follows:

CHRISTOPHER STEVEN KUMMERMEHR
8358 S. SLIDE CREEK LANE
MERIDIAN, ID 83642

                                                                     /s/  Nicole Marr
                                                           **Nicole Marr, Case Administrator**